IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Montgomery Bank & Trust, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 315-058 |
| REBECCA CHAMPION, et al., | ) ) | |
| Defendants. | ) | |

**ORDER**

Because the parties have informed the Court of their settlement agreement and ongoing efforts to finalize the settlement details, the Court **CANCELS** the mediation conference scheduled for April 26, 2016, and **ORDERS** the parties to submit a joint report on or before May 3, 2016 in the event they are unable to finalize the settlement terms by that date. The stay shall remain in place.

SO ORDERED this 20th day of April, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA