# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORP.** as Receiver for Montgomery Bank & Trust, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 3:15-CV-58-JRH-BKE |
| v. | )<br>)<br>) |
| **REBECCA CHAMPION**, *et al.*, | )<br>) |
| Defendants. | |

## PARTIES' JOINT REPORT ON SETTLEMENT PROGRESS

The parties to the above-captioned action, by their undersigned counsel and pursuant to the Court's order of April 20, 2016, submit this joint report on their settlement progress.

1. All parties have agreed to the form of a written settlement agreement, subject only to minor changes that will need to be made to Section V(C) addressing the Defendants' personal financial statements ("PFS").

2. As a condition of the settlement, each Defendant must provide an updated, sworn PFS unless he or she can affirm that there have been no material changes since a PFS was last provided to the FDIC-R. In addition, two of the Defendants have not provided any sworn PFS to the FDIC-R and must do so as a condition of settlement. To date the FDIC-R has not received the sworn PFS and/or updated sworn PFS from any of the Defendants.

WHEREFORE, the parties respectfully request that Defendants have until May 17, 2016, to provide their sworn PFS to the FDIC-R for review and for the parties to execute the settlement agreement, with the current stay of all proceedings remaining in place.

| **FDIC-R** | **DEFENDANTS** |
|---|---|

s/Alan F. Curley
By:  Alan F. Curley (Pro Hac Vice)
     Illinois Bar No. 6190685
     ROBINSON CURLEY & CLAYTON, P.C.
     300 South Wacker Drive, Suite 1700
     Chicago, Illinois 60606
     (312) 663-3100 – telephone
     (312) 663-0303 – facsimile
     acurley@robinsoncurley.com

     Todd M. Baiad
     Georgia Bar No. 031605
     BOUHAN FALLIGANT LLP
     P.O. Box 2139
     Savannah, Georgia 31402-2139
     (912) 232-7000 – telephone
     (912) 233-0811 – facsimile
     tmbaiad@bouhan.com

     George Shingler
     Georgia Bar No. 642850
     SHINGLER LEWIS, LLC
     1230 Peachtree Street, Suite 1075
     Atlanta, Georgia 30309
     (404) 907-1999 – telephone
     gshingler@shinglerlewis.com
         *Attorneys for Plaintiff Federal Deposit*
         *Insurance Corporation as Receiver for*
         *Montgomery Bank & Trust*

s/ Paul H. Threlkeld
By:  Patrick O'Connor,
     Georgia Bar No. 548425
     Paul H. Threlkeld
     Georgia Bar No. 710731
     OLIVER MANER, LLP
     P.O. Box 10186
     Savannah, Georgia 31412
     (912) 236-3311 – telephone
     pto@olivermaner.com
     pht@olivermaner.com
         *Attorneys for Defendants*
         *Champion, Coleman, Falk,*
         *Gunter, Morris, Moses, Peterson,*
         *Robinson, Robison and Tyson*

s/Daniel B. Snipes
By:  Daniel B. Snipes
     Georgia Bar No. 665769
     TAULBEE, RUSHING, SNIPES,
     MARSH & HODGIN
     P.O. Box 327
     Statesboro, Georgia 30458
     Tel. (912) 764-9055
     Fax. (912) 764-8687
     dsnipes@statesborolawgroup.com
         *Attorney for Defendant Dorough*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused the foregoing document to be served through the Court's electronic filing system on all counsel of record, this 3rd day of May, 2016.

s/Alan F. Curley