IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Montgomery Bank & Trust,<br><br>    Plaintiff,<br><br>v.<br><br>REBECCA CHAMPION, et al.,<br><br>    Defendants. | CV 315-058 |

**ORDER**

The Court **GRANTS** the parties' joint motion for an extension of time to complete settlement. (Doc. no. 37.) The parties shall have until May 17, 2016, to execute the settlement agreement. The stay shall remain in place and the Court **ORDERS** the parties to submit a joint report on or before May 17, 2016, in the event they are unable to finalize the settlement terms.

SO ORDERED this 10th day of May, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA