IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORP.** as Receiver for Montgomery Bank & Trust,<br><br>                Plaintiff,<br><br>v.<br><br>**REBECCA CHAMPION**, *et al.*,<br><br>                **Defendants.** | Civil Action No. 3:15-CV-58-JRH-BKE |

**PARTIES' SECOND JOINT REPORT ON SETTLEMENT PROGRESS**

The parties to the above-captioned action, by their undersigned counsel and pursuant to the Court's order of May 10, 2016, submit this second joint report on their settlement progress.

1.    All parties have agreed to the form of a written settlement agreement, subject only to minor changes that will need to be made to Section V(C) addressing the Defendants' personal financial statements ("PFS").

2.    As a condition of the settlement, each Defendant must provide an updated, sworn PFS unless he or she can affirm that there have been no material changes since a sworn PFS was last provided to the FDIC-R.  The FDIC-R has not received updated sworn PFS from Defendants Morris, Robinson or Robison, who are in the process of preparing them.  The FDIC-R is not permitted to settle claims such as are at issue in this case without first evaluating the financial position of the settling defendants.

WHEREFORE, the parties respectfully request that Defendants have a final extension until May 24, 2016, to provide FDIC-R full and complete sworn PFS in the FDIC form provided to them or in substantially similar form, and that the FDIC-R have until June 3, 2016 to analyze the sworn financial information provided by the Defendants, at which time, if the FDIC-R does

not require further or additional information from one or more of the Defendants, the parties will execute the settlement agreement. The parties further request that the current stay of all proceedings remain in place.

    Respectfully submitted,

| **FDIC-R** | **DEFENDANTS** |
|---|---|
| s/Alan F. Curley<br>By:  Alan F. Curley (Pro Hac Vice)<br>     Illinois Bar No. 6190685<br>     ROBINSON CURLEY & CLAYTON, P.C.<br>     300 South Wacker Drive, Suite 1700<br>     Chicago, Illinois 60606<br>     (312) 663-3100 – telephone<br>     (312) 663-0303 – facsimile<br>     acurley@robinsoncurley.com<br><br>     Todd M. Baiad<br>     Georgia Bar No. 031605<br>     BOUHAN FALLIGANT LLP<br>     P.O. Box 2139<br>     Savannah, Georgia 31402-2139<br>     (912) 232-7000 – telephone<br>     (912) 233-0811 – facsimile<br>     tmbaiad@bouhan.com<br><br>     George Shingler<br>     Georgia Bar No. 642850<br>     SHINGLER LEWIS, LLC<br>     1230 Peachtree Street, Suite 1075<br>     Atlanta, Georgia 30309<br>     (404) 907-1999 – telephone<br>     gshingler@shinglerlewis.com<br>       *Attorneys for Plaintiff Federal Deposit*<br>       *Insurance Corporation as Receiver for*<br>       *Montgomery Bank & Trust* | s/ Paul H. Threlkeld<br>By:  Patrick O'Connor,<br>     Georgia Bar No. 548425<br>     Paul H. Threlkeld<br>     Georgia Bar No. 710731<br>     OLIVER MANER, LLP<br>     P.O. Box 10186<br>     Savannah, Georgia 31412<br>     (912) 236-3311 – telephone<br>     pto@olivermaner.com<br>     pht@olivermaner.com<br>       *Attorneys for Defendants*<br>       *Champion, Coleman, Falk,*<br>       *Gunter, Morris, Moses, Peterson,*<br>       *Robinson, Robison and Tyson*<br><br>s/Daniel B. Snipes<br>By:  Daniel B. Snipes<br>     Georgia Bar No. 665769<br>     TAULBEE, RUSHING, SNIPES,<br>     MARSH & HODGIN<br>     P.O. Box 327<br>     Statesboro, Georgia 30458<br>     Tel. (912) 764-9055<br>     Fax. (912) 764-8687<br>     dsnipes@statesborolawgroup.com<br>       *Attorney for Defendant Dorough* |

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that he caused the foregoing document to be served through the Court's electronic filing system on all counsel of record, this 17th day of May, 2016.

                 s/Alan F. Curley