IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORP.** as Receiver for Montgomery Bank & Trust,  <br>  Plaintiff,  <br>  v.  <br> **REBECCA CHAMPION**, *et al.*,  <br>  Defendants. | Civil Action No. 3:15-CV-58-JRH-BKE |

## PARTIES' THIRD JOINT REPORT ON SETTLEMENT PROGRESS

The parties to the above-captioned action, by their undersigned counsel and pursuant to the Court's order of May 18, 2016, submit this third joint report on their settlement progress.

1. The settlement agreement is completed and the Plaintiff executed the settlement agreement on June 2, 2016. Counsel for the Defendants is in the process of obtaining the Defendants' signatures to the agreement.

2. Under the settlement agreement, counsel for the Defendants is required to transfer the settlement funds from his firm's trust account to the Plaintiff no later than 30 days after the Plaintiff signed the agreement, or by July 2, 2016. Within 10 business days after receipt of the funds, the Plaintiff is required to file with the court a stipulation to dismiss this action with prejudice.

WHEREFORE, the parties respectfully request that the Court continue this matter until such time as the settlement is fully consummated as set forth above. The parties further request that the current stay of proceedings remain in place until the stipulation to dismiss is filed and an order is entered thereon.

Respectfully submitted,

| | |
|---|---|
| **FDIC as Receiver for Montgomery Bank & Trust Co., Plaintiff** | **DEFENDANTS** |

s/Alan F. Curley
By:  Alan F. Curley (Pro Hac Vice)
     Illinois Bar No. 6190685
     ROBINSON CURLEY & CLAYTON, P.C.
     300 South Wacker Drive, Suite 1700
     Chicago, Illinois 60606
     (312) 663-3100 – telephone
     (312) 663-0303 – facsimile
     acurley@robinsoncurley.com

Todd M. Baiad
Georgia Bar No. 031605
BOUHAN FALLIGANT LLP
P.O. Box 2139
Savannah, Georgia 31402-2139
(912) 232-7000 – telephone
(912) 233-0811 – facsimile
tmbaiad@bouhan.com

George Shingler
Georgia Bar No. 642850
SHINGLER LEWIS, LLC
1230 Peachtree Street, Suite 1075
Atlanta, Georgia 30309
(404) 907-1999 – telephone
gshingler@shinglerlewis.com
   *Attorneys for Plaintiff Federal Deposit*
   *Insurance Corporation as Receiver for*
   *Montgomery Bank & Trust*

s/ Paul H. Threlkeld
By:  Patrick O'Connor,
     Georgia Bar No. 548425
     Paul H. Threlkeld
     Georgia Bar No. 710731
     OLIVER MANER, LLP
     P.O. Box 10186
     Savannah, Georgia 31412
     (912) 236-3311 – telephone
     pto@olivermaner.com
     pht@olivermaner.com
        *Attorneys for Defendants*
        *Champion, Coleman, Falk,*
        *Gunter, Morris, Moses, Peterson,*
        *Robinson, Robison and Tyson*

s/Daniel B. Snipes
By:  Daniel B. Snipes
     Georgia Bar No. 665769
     TAULBEE, RUSHING, SNIPES,
     MARSH & HODGIN
     P.O. Box 327
     Statesboro, Georgia 30458
     Tel. (912) 764-9055
     Fax. (912) 764-8687
     dsnipes@statesborolawgroup.com
        *Attorney for Defendant Dorough*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused the foregoing document to be served through the Court's electronic filing system on all counsel of record, this 3rd day of June, 2016.

s/Alan F. Curley