IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FEDERAL DEPOSIT INSURANCE            )
CORPORATION, as Receiver for         )
Montgomery Bank & Trust,             )
                                     )
            Plaintiff,               )
                                     )
      v.                             )            CV 315-058
                                     )
REBECCA CHAMPION, et al.,            )
                                     )
            Defendants.              )
                              _____

**ORDER**
                              _____

The Court **GRANTS** the parties' third joint motion for an extension of time to complete settlement. (Doc. no. 41.)  The parties shall have until July 13, 2016, to complete settlement.  The stay shall remain in place and the Court **ORDERS** the parties to submit a joint report on or before July 13, 2016, in the event they are unable to complete settlement.

SO ORDERED this 8th day of June, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA