IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORP. as Receiver for Montgomery Bank & Trust, Ailey, Georgia, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:15-CV-58-JRH-BKE |
| v. | ) ) ) | |
| REBECCA CHAMPION, *et al.*, | ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Federal Deposit Insurance Corporation, as Receiver for Montgomery Bank & Trust, Ailey, Georgia, ("FDIC-R"), and Defendants Rebecca Champion, Larry D. Coleman, Trae Dorough, John Falk, Michael Gunter, Gregory A. Morris, Lloyd E. Moses, Thomas A. Peterson III, Miller P. Robinson, John L. Robison, Jr., John Tyson (collectively with FDIC-R, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with the Parties to each bear their own attorney's fees, costs, and expenses incurred in this action.

Dated this 8th day of July, 2016.

ROBINSON CURLEY & CLAYTON, P.C.

s/ Alan F. Curley
Alan F. Curley (Pro Hac Vice)
Illinois Bar No. 6190685
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
(312) 663-3100 – telephone
(312) 663-0303 – facsimile
acurley@robinsoncurley.com

BOUHAN FALLIGANT LLP
Todd M. Baiad
Georgia Bar No. 031605
Lucas D. Bradley
Georgia Bar No. 672136
P.O. Box 2139
Savannah, Georgia 31402-2139
(912) 232-7000 – telephone
(912) 233-0811 – facsimile`
tmbaiad@bouhan.com
ldbradley@bouhan.com

SHINGLER LEWIS, LLC
George Shingler
Georgia Bar No. 642850
1230 Peachtree Street, Suite 1075
Atlanta, Georgia 30309
(404) 907-1999 – telephone
gshingler@shinglerlewis.com

*Attorneys for Plaintiff, FDIC-R*

TAULBEE, RUSHING, SNIPES, MARSH & HODGIN, LLC

s/ Daniel B. Snipes
Daniel B. Snipes
12 Siebald Street
Statesboro, Georgia 30458
(912) 764-9055 - telephone
(912) 764-8687 - facsimile
dsnipes@statesborolawgroup.com

*Attorneys for Defendant Dorough*

OLIVER MANER, LLP

s/ Patrick T. O'Connor
Patrick T. O'Connor
Paul H. Threlkeld
218 West State Street
Savannah, Georgia 31401
(912) 236-3311 – telephone
(912) 236-8725 – facsimile
pto@olivermaner.com
pht@olivermaner.com

*Attorneys for Defendants Rebecca Champion, Larry D. Coleman, John Falk, Michael Gunter, Gregory A. Morris, Lloyd E. Moses, Thomas A. Peterson III, Miller P. Robinson, John L. Robison, Jr., John Tyson*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused the foregoing document to be served on all counsel of record through the Court's CM/ECF system, this 8th day of July, 2016.

s/ Alan F. Curley