IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FEDERAL DEPOSIT INSURANCE          *
CORPORATION as Receiver for        *
Montgomery Bank & Trust,           *
                                   *
    Plaintiff,                     *
                                   *
    v.                             *     CV 315-058
                                   *
REBECCA CHAMPION, LARRY D. COLEMAN,*
TRAE DOROUGH, JOHN FALK, MICHAEL   *
GUNTER, GREGORY A. MORRIS, LLOYD   *
E. MOSES, THOMAS A. PETERSON III,  *
MILLER P. ROBINSON, JOHN L.        *
ROBISON, JR., and JOHN TYSON,      *
                                   *
    Defendants.                    *

O R D E R

On July 8, 2016, the parties filed a "Stipulation of Dismissal with Prejudice" in the captioned case. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of July, 2016.

UNITED STATES DISTRICT JUDGE