IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Montgomery Bank & Trust, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 315-058 |
| REBECCA CHAMPION; LARRY D. COLEMAN; TRAE DOROUGH; JOHN FALK; MICHAEL GUNTER; GREGORY A. MORRIS; LLOYD E. MOSES; THOMAS A. PETERSON, III; MILLER P. ROBINSON; JOHN L. ROBISON, JR.; and JOHN TYSON, | * * * * * * * * | |
| Defendants. | * | |

O R D E R

The Order of Dismissal entered on July 11, 2016 (doc. no. 44) is hereby **VACATED**.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE