**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Montgomery Bank & Trust, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 315-058 |
| REBECCA CHAMPION; LARRY D. COLEMAN; TRAE DOROUGH; JOHN FALK; MICHAEL GUNTER; GREGORY A. MORRIS; LLOYD E. MOSES; THOMAS A. PETERSON, III; MILLER P. ROBINSON; JOHN L. ROBISON, JR.; and JOHN TYSON, | * * * * * * * * | |
| Defendants. | * | |

**O R D E R**

On July 8, 2016, the parties filed a stipulation of dismissal with prejudice. (Doc. 43.) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this _12ᵗʰ_ day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA